UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA  DIVISION


UNITED STATES OF AMERICA

v.                                              CASE NO. 8:09-cr-510-T-23TBM

WILLIAM CRAIGO STRAUB, JR.
_____/


### FORFEITURE MONEY JUDGMENT

Straub pleaded guilty to Count One of the information charging conspiracy to commit wire fraud affecting a financial institution in violation of 18 U.S.C. § 1343, and the United States has established that Straub obtained $50,500.00 in proceeds as a result of the offense.

The United States moves (Doc. 25), pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment in the amount of $50,500, which at sentencing, shall be a final order of forfeiture as to Straub.  The motion for entry of a forfeiture money judgment is **GRANTED**.  Pursuant to the provisions of 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Straub is personally liable for a forfeiture money judgment in the amount of $50,500.00.

The United States may seek, as substitute assets in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the $50,500.00 money judgment, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by

18 U.S.C. § 982(b)(1).  The court retains jurisdiction to entertain any third-party claim

that may be asserted and to enter any order necessary to the forfeiture and disposition

of any of the defendant's property that the United States may seek as substitute assets.

     ORDERED in Tampa, Florida, on September 29, 2010.


_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE